MICHELE BECKWITH
Acting United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:25-mj-00063-SAB |
|---|---|
| Plaintiff, | [Citations #9337470, #9337471, #9337472 - CA/74] |
| v. | |
| JOEY S. NAVARRO, | MOTION AND PROPOSED ORDER TO CORRECT HEARING DATE |
| Defendant. | |

    The United States of America, by and through Michele Beckwith, Acting United States Attorney, and Arin C. Heinz, Assistant United States Attorney, hereby moves to correct the hearing date for Defendant's initial appearance from August 21, 2025, to August 14, 2025, in the interest of justice.

DATED: June 10, 2025                       Respectfully submitted,

                                             MICHELE BECKWITH
                                             Acting United States Attorney

                          By:     /s/ *Arin C. Heinz*
                                                   ARIN C. HEINZ
                                                   Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that the initial appearance date be corrected and moved from August 21, 2025, to August 14, 2025, in the interest of justice. The defendant is ordered to appear.

IT IS SO ORDERED.

Dated: **June 10, 2025**

STANLEY A. BOONE
United States Magistrate Judge