1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  LAURA MYERS, IL Bar #6338417
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   JOEY NAVARRO
7

8                       IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  Case No. 1:25-mj-00063-SAB
                                     )
12            Plaintiff,             )  **STIPULATION TO CONTINUE STATUS**
                                     )  **CONFERENCE; ORDER**
13  vs.                              )
                                     )
14  JOEY NAVARRO,                    )  Date:  December 11, 2025
                                     )  Time:  10:00 a.m.
15            Defendant.             )  Judge: Hon. Stanley A. Boone
                                     )
16  _____ )

17         IT IS HEREBY STIPULATED, by and between the parties through their respective

18  counsel, Assistant United States Attorney Cody Chapple, counsel for plaintiff, and Assistant

19  Federal Defender Laura Myers, counsel for Joey Navarro, that the status conference scheduled

20  for October 9, 2025, may be continued to December 11, 2025, at 10:00 a.m.

21         Mr. Navarro made his initial appearance in Bakersfield on August 21, 2025.  Discovery

22  was produced to defense counsel on September 5, 2025, consisting of documentary evidence,

23  four audio files, and twelve body-worn camera video files.  Defense counsel needs additional

24  time to review discovery, discuss the case with her client, and negotiate with the government.

25  For this reason, the parties submit that a continuance is in the interest of justice and reflects the

26  best use of the court's resources.

27

28

                                                Respectfully submitted,

Date:  October 2, 2025                  ERIC GRANT
                                          United States Attorney

                                            */s/ Cody Chapple*
                                            CODY CHAPPLE
                                            Assistant United States Attorney
                                            Attorney for Plaintiff

Date: October 2, 2025                  HEATHER E. WILLIAMS
                                          Federal Defender

                                            */s/ Laura Myers*
                                            LAURA MYERS
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            JOEY NAVARRO

## **O R D E R**

**IT IS SO ORDERED.**   The status conference scheduled for October 9, 2025, is continued to December 11, 2025, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **October 3, 2025**

                                            STANLEY A. BOONE
                                            United States Magistrate Judge