AO 245B-CAED (Rev. 09/2019) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | Case Number: **1:25-MJ-00063-SAB** |
| **JOEY S. NAVARRO** | Defendant's Attorney: Laura Myers, Assistant Federal Defender |

**THE DEFENDANT:**

[✓]  pleaded guilty to count __2__ of the Complaint.

[ ]  pleaded nolo contendere to count(s) __ , which was accepted by the court.

[ ]  was found guilty on count(s) __ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 C.F.R. § 4.23(a)(1) | Operating a Motor Vehicle under the Influence of Alcohol or Drugs. | | 2 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has been found not guilty on count(s) __ .

[✓]  Counts __1 and 3__ are dismissed on the motion of the United States.

[ ]  Indictment is to be dismissed by District Court on motion of the United States.

[ ]  Appeal rights given.          [✓]  Appeal rights waived.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution or fine, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**2/19/2026**
_____
Date of Imposition of Judgment

_____
Signature of Judicial Officer

**Stanley A. Boone**, United States Magistrate Judge
_____
Name and Title of Judicial Officer

2/20/2026
_____
Date

AO 245B-CAED (Rev. 09/2019) Sheet 4 - Misdemeanor Probation

DEFENDANT: **JOEY S. NAVARRO**
CASE NUMBER: **1:25-MJ-00063-SAB**

## PROBATION

The defendant is hereby sentenced to probation for a term of:
12 months, expiring on February 19, 2027.

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1.   The defendant's probation shall be unsupervised by the probation office.

2.   The defendant is ordered to obey all federal, state, and local laws.

3.   The defendant shall notify the court and, if represented by Counsel, your counsel of any change of address and contact number.

4.   The defendant shall pay a fine of $1,000.00 and a special assessment of $10.00 for a total financial obligation of $1,010.00, which shall be paid at the rate of $105.00, per month commencing on 03/15/2026, and each month thereafter by the 15th of the month until paid in full. Payments shall be made payable to the Clerk, U.S.D.C., and mailed to:

   CLERK U.S.D.C.
   2500 Tulare Street, Rm 1501
   Fresno, CA 93721

5.   The defendant shall enroll and complete the First Time DUI Offender Program through the California Department of Motor Vehicles in Kern County. Enroll by 04/15/2026 and complete by 08/31/2026.

6.   The defendant is ordered to personally appear for a Probation Review Hearing on 12/17/2026 at 10:00 am before U.S. Magistrate Judge Stanley A. Boone.

   The defendant is also ordered to file a probation status report in the format set forth by the Court 14 days prior to the Probation Review hearing (the form can be found on the Judge's judicial website).

7.   Pursuant to 18 USC § 3572(d)(3), while on probation and subject to any financial obligation of probation. defendant shall notify the court of any material change in defendant's economic circumstances that might affect defendant's ability to pay the full financial obligation.

AO 245B-CAED (Rev. 09/2019) Sheet 6 - Schedule of Payments

DEFENDANT: **JOEY S. NAVARRO**

CASE NUMBER: **1:25-MJ-00063-SAB**

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A.   [ ]   Lump sum payment of $ ___ due immediately, balance due

    [ ]   Not later than ___, or

    [ ]   in accordance   [ ] C,   [ ] D,   [ ] E, or   [ ] F below; or

B.   [ ]   Payment to begin immediately (may be combined with   [ ] C,   [ ] D,   or [ ] F below); or

C.   [✔]   Payment in equal   $1,010.00   *monthly* installments of $   105.00   over a period of   10   *months*, to commence on   03/15/2026   and each month thereafter by the 15th of the month until paid in full.

D.   [ ]   Payment in equal ___ *(e.g. weekly, monthly, quarterly)* installments of $ ___ over a period of ___ *(e.g. months or years)*, to commence ___ *(e.g. 30 or 60 days)* after release from imprisonment to a term of supervision; or

E.   [ ]   Payment during the term of supervised release/probation will commence within ___ *(e.g. 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F.   [✔]   Special instructions regarding the payment of criminal monetary penalties:

    [✔] **Payments must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to:**
    [✔] CLERK U.S.D.C.
        2500 Tulare Street, Rm 1501
        Fresno, CA 93721
    Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

If incarcerated, payment of any unpaid criminal monetary penalties in this case is due during imprisonment at the rate of 10% of the defendant's gross income per month or $25 per quarter, whichever is greater. Payment shall be made through the Bureau of Prisons Inmate Financial Responsibility Program.

The defendant shall make payments toward any unpaid criminal monetary penalties in this case during supervision at the rate of at least 10% of your gross monthly income. Payments are to commence no later than 60 days from placement on supervision. This payment schedule does not prohibit the United States from collecting through all available means any unpaid criminal monetary penalties at any time, as prescribed by law.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ]   The defendant shall pay the cost of prosecution.

[ ]   The defendant shall pay the following court cost(s):

[ ]   The defendant shall forfeit the defendant's interest in the following property to the United States: The Preliminary Order of Forfeiture is hereby made final as to this defendant and shall be incorporated into the Judgment.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.